**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MICHAEL MOORE AND CHRISTINE HUDDLESTON MOORE,** | § § § § § § § § § § § § § | |
| **Plaintiffs,** | | |
| **v.** | | **CIVIL NO. 1:26-CV-00013-ADA-ML** |
| **DAVID COBOS, Former Justice Of The Peace; MARVIN MOORE, Judge Of County Court At Law No. 2; RODNEY SATTERWHITE, Former Judge of The 441st District Court,** | | |
| **Defendants.** | | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Lane. ECF No. 18. The report recommends that this case be **DISMISSED** WITHOUT **PREJUDICE** due to lack of subject matter jurisdiction. *Id.* at 5.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections. ECF No. 19. The Court has conducted a *de novo* review of the complaint, the report and recommendation, the objections to the report and recommendation, and

the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's

findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States

Magistrate Judge Lane (ECF No. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that the case be **DISMISSED WITHOUT PREJUDICE** in

accordance with the Report and Recommendation. This case is closed.


**SIGNED** 07/13/2026.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2